UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Goss International Americas, Inc.</u>,
    Plaintiff

v.

<u>MAN Roland Inc. and
MAN Roland Druckmaschinen AG</u>,
    Defendants

                                Civil No. 03-cv-513-SM

<u>MAN Roland Inc. and
MAN Roland Druckmaschinen AG</u>,
    Counterclaim Plaintiffs

v.

<u>Goss International Americas, Inc. and
Heidelberger Druckmaschinen AG</u>,
    Counterclaim Defendants

## **O R D E R**

Due to the subject matter of the instant dispute, numerous pleadings continue to be filed under seal. Pursuant to AP 3.3(a), the parties have filed and served sealed pleadings conventionally in paper rather than electronically through CM/ECF. The large volume of sealed submissions in this case, however, has imposed a significant administrative burden on the clerk's office. Thus, in addition to filing all future sealed submissions in paper format, all such filings shall also be downloaded onto a 3.5 floppy or compact disk in PDF format and be submitted simultaneously with the paper filing.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

December 3, 2005

cc: Daniel E. Will, Esq.
    Hugh T. Lee, Esq.
    Richard S. Gresalfi, Esq.
    Georg C. Reitboeck, Esq.
    Mark A. Hannemann, Esq.
    Michael J. Lennon, Esq.
    T. Cy Walker, Esq.
    Irvin D. Gordon, Esq.
    Martin B. Pavane, Esq.
    Michael J. Songer, Esq.
    Shari R. Lahlou, Esq.
    Sidney R. Bresnick, Esq.
    Richard D. Margiano, Esq.
    John F. Sweeney, Esq.
    Steven F. Meyer, Esq.
    Tony V. Pezzano, Esq.
    Bruce W. Felmly, Esq.
    Seth J. Atlas, Esq.
    Anthony S. Augeri, Esq.