```
              UNITED STATES DISTRICT COURT

                 DISTRICT OF NEW HAMPSHIRE
```

Goss International Americas, Inc.,
    Plaintiff

    v.

MAN Roland Inc. and
MAN Roland Druckmaschinen AG,
    Defendants

                                  Civil No. 03-cv-513-SM

MAN Roland Inc. and
MAN Roland Druckmaschinen AG,
    Counterclaim Plaintiffs

    v.

Goss International Americas, Inc. and
Heidelberger Druckmaschinen AG,
    Counterclaim Defendants

## P R O C E D U R A L   O R D E R

Given that many of the pleadings submitted in this case have multiple exhibits, many of which are sealed, it is necessary to establish filing procedures that slightly deviate from the district's current Administrative Procedures for Electronic Case Filing (ECF AP). Thus, this order supercedes any conflicting provision of the ECF AP as follows:

1. <u>Sealed Document Submissions</u>

    a. Motions to Seal: All motions to seal shall be conventionally filed and served.

b. Any Portion of Submission Sealed: If the filer is seeking to seal any portion of a submission, whether it be the main document(i.e. motion, objection, reply, etc.) or any accompanying memorandum of law or exhibit, the entire submission shall be conventionally filed and served. As noted in the court's order of January 3, 2006, the filer shall also simultaneously provide the court with a 3.5 floppy or compact disk containing the main document and any accompanying memorandum of law and exhibits as separate PDF documents.

2. Submissions Exceeding 20 Exhibits

If a pleading contains more than 20 separate exhibits, the entire submission shall be conventionally filed and served. Again, the filer shall also simultaneously provide the court with a 3.5 floppy or compact disk containing the main document and any accompanying memorandum of law and exhibits as separate PDF documents.

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

January 9, 2006

cc: Daniel E. Will, Esq.
    Hugh T. Lee, Esq.
    Richard S. Gresalfi, Esq.
    Georg C. Reitboeck, Esq.
    Mark A. Hannemann, Esq.

Michael J. Lennon, Esq.
T. Cy Walker, Esq.
Irvin D. Gordon, Esq.
Martin B. Pavane, Esq.
Michael J. Songer, Esq.
Shari R. Lahlou, Esq.
Sidney R. Bresnick, Esq.
Richard D. Margiano, Esq.
John F. Sweeney, Esq.
Steven F. Meyer, Esq.
Tony V. Pezzano, Esq.
Bruce W. Felmly, Esq.
Seth J. Atlas, Esq.
Anthony S. Augeri, Esq.