UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Goss International, Inc.

v.                                  Case No. 03-cv-513-SM

Man Roland, Inc., et al.

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #195, Reply to Plaintiff's Supplemental Opposition to Defendants'
                  Motion for Leave to File a Second Amended, filed by Filed By
                  Defendants Man Roland, Inc.,  Man Roland Druckmaschinen AG

DATE FILED:       January 30, 2006

The document above fails to comply with:

LR 7.1(e)(2)         Nondispositive motion:  reply memorandum is not permitted
                     without prior leave of court


It is herewith ordered that the document is stricken, returned herewith to the
submitting party, and must be refiled according to the Local Rules for District of New
Hampshire.



SO ORDERED.


February  /  , 2006                   _____
                                      Steven J. McAuliffe
                                      Chief Judge



cc:      All Counsel of Record