UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Goss International Americas, Inc.,
    Plaintiff

v.                          Case No. 03-cv-513-SM

Man Roland Inc. and Man Roland
Druckmaschinen AG,
    Defendant

Man Roland Inc. and Man Roland
Druckmaschinen AG
    Counterclaim-Plaintiffs

v.

Goss International Americas, Inc. and
Heidelberger Druckmaschinen AG,
    Counterclaim - Defendants

## ORDER

The court fully understands that the issues presented in this litigation are important to all parties. The parties are well-funded and aggressively represented, and it is plain that counsel have far more time and resources available to devote to this case than does the court. The inbox is now full. So, no further motions shall be filed in this case for the next thirty (30) days without prior leave of the court, which will be given only for good cause shown under exceptional circumstances.

SO ORDERED.

February 10, 2006

                                                Steven J. McAuliffe
                                              Chief Judge

cc:    All Counsel of Record