UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Goss International Americas, Inc.</u>,
    Plaintiff

    v.

<u>Man Roland Inc. and Man Roland Druckmaschinen AG</u>,
    Defendant

<u>Man Roland Inc. and Man Roland Druckmaschinen AG,</u>

    Counterclaim Plaintiffs

    <u>v.</u>

<u>Goss International Americas, Inc. and Heidelberger Druckmaschinen, AG,</u>

    Counterclaim Defendants

Civil Action No. 03-cv-513-SM

<u>ORDER</u>

Re: Assented-to Motions to Seal; Document Nos. 253, 259, 310, 312, 317, 319, 321, 342, 344, 369, 371, 373, 375, 377, 379, 381, 383, 385, and 387.

Ruling: The assented-to motions to seal are granted, but tentatively. The court is concerned that the parties are all-too-routinely seeking to seal documents for which good cause to seal is not readily apparent. Accordingly, the court intends to reconsider all of the previously granted motions to seal with a view toward more closely examining whether good cause to seal exists and making public as many currently sealed documents as possible. Even when the parties may agree to it, sealing is the exception, not the rule. Secret litigation is disfavored. See, e.g., Mangosoft v. Oracle, 2005 D.N.H. 128, 2005 WL 2203171 (D.N.H. Sept. 9, 2005) (citing Nault's Automobile Sales, Inc. v. American Honda Motor Co., 148 F.R.D. 25, 43-44 (D.N.H. 1993)).

Steven J. McAuliffe
Chief District Judge

Date: April 5, 2006

cc: All Counsel of Record