UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Goss International Americas, Inc.</u>

        v.                           Case No. 03-cv-513-SM

<u>MAN ROLAND, Inc., et al.</u>


<u>O R D E R</u>

Case dismissed by reason of settlement.  Court retains jurisdiction with respect to the settlement agreement.

SO ORDERED.


August 19,  2008

                                                Steven J. McAuliffe
                                                Chief Judge


cc:     All Counsel of Record