UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT - 2 2008

**FILED**

<u>Goss International Americas, Inc.</u>

v.                                    Case No. 03-cv-513-SM

<u>Man Roland, Inc., et al.</u>

## O R D E R

As the parties are aware, there are a voluminous number of sealed documents filed in this case, both in paper and electronic format. The vast majority of sealed filings have been scanned and added to the court's electronic docket.

On or before October 30, 2008, counsel shall review the court's docket and make a written request as to any sealed document they would like returned to them. Any sealed documents and accompanying compact discs that are not requested to be returned by that date will be shredded and disposed of by the clerk's office.

It is not the usual or customary policy of this court to seal documents indefinitely. Given the large volume of sealed documents filed in this case and the administrative burden associated with a <u>sua</u> <u>sponte</u> evaluation of whether each document should remain sealed or made public, all documents filed under seal shall remain sealed at this time. Any member of the public or media who would like to obtain access to a sealed document shall file a motion to access with notice to the parties in this case.

SO ORDERED.

October  2 , 2008

_Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

cc:     All Counsel of Record